# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| ROMAN WILLIAMS, | * | |
| --- | --- | --- |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-32 |
| | * | |
| v. | * | |
| | * | |
| WARDEN-FCI JESUP, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Petitioner Roman Williams ("Williams") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Refused, Unable to Forward." Dkt. No. 9 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Williams' 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders and Local Rules, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate

judgment of dismissal, and **DENIES** Williams *in forma pauperis* status on appeal.

**SO ORDERED**, this 29 day of June, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)